## 29621. BROWN et al. v. HILTON HOTELS CORPORATION.

PER CURIAM.

On further consideration of the record in the present case, this court holds that the application for writ of certiorari was improvidently granted, and accordingly this case is dismissed.

*Dismissed. All the Justices concur, except Nichols, C. J., Gunter and Ingram, JJ., who dissent.*

ARGUED MARCH 11, 1975 — DECIDED JUNE 25, 1975.

*Harland, Cashin, Chambers & Parker, Harry L. Cashin, Jr.,* for appellants.

*Gambrell, Russell, Killorin, Wade & Forbes, Edward W. Killorin, Sewell K. Loggins, Douglas Campbell,* for appellee.

*T. Jackson Bedford, Jr.,* amicus curiae.